UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE CRIMINAL )
COMPLAINT OF: )
 )
 ) Case No. 2:25-mj-211
Anselmo Munguia Martinez )

AFFIDAVIT IN
SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Eric Merriman, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than twelve (12) years of experience as a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) and as a Border Patrol Agent with the U.S. Border Patrol. I am assigned to the Columbus, Ohio Office of Enforcement and Removals-Criminal Alien Program. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Deportation Officer Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA and the U.S. Border Patrol Agent Academy at FLETC in Artesia, NM.

My investigation has revealed the following facts:

2. On or about September 29, 2011, U.S. Border Patrol (USBP) in Laredo, Texas encountered and arrested Munguia Martinez and determined he had illegally entered the U.S. without inspection. USBP granted Munguia Martinez a Voluntary Return to Mexico.

3. On or about March 4, 2012, USBP in Laredo, Texas encountered and arrested Munguia Martinez and determined he had illegally entered the U.S. without inspection. USBP granted Munguia Martinez a Voluntary Return to Mexico.

4. On or about March 28, 2012, USBP in Laredo, Texas encountered and arrested Munguia Martinez and determined he had illegally entered the U.S. without inspection. USBP granted Munguia Martinez a Voluntary Return to Mexico.

5. On or about July 24, 2012, USBP in Laredo, Texas encountered and arrested Munguia Martinez and determined he had illegally entered the U.S. without inspection. USBP charged Munguia Martinez with 8 USC 1325(a)(1).

6. On or about July 26, 2012, the United States District Court for The Southern District of Texas - Laredo Division convicted Munguia Martinez of 8 USC 1325(a)(1) and sentenced him to 10 days imprisonment.

7. On or about August 24, 2013, USBP arrested Munguia Martinez at or near Laredo, Texas and processed him for Expedited Removal. USBP served Munguia Martinez with Immigration Form I-860 Notice and Order of Expedited Removal, charging inadmissibility pursuant to Immigration and Nationality Act § 212(a)(7)(A)(i)(I). On or about October 11, 2013, the USBP physically removed Munguia Martinez from the United States through Laredo, Texas. On or about that date, Munguia Martinez surrendered his fingerprint and photo for Immigration Form I-296 Notice to Alien Ordered Removed/ Departure Verification of which he signed. Munguia Martinez's departure was witnessed and Form I-296 was signed by an Immigration Officer.

8. On or about August 26, 2013, the United States District Court for The Southern District of Texas - Laredo Division convicted Munguia Martinez of 8 USC 1325(a)(1) and sentenced him to 50 days imprisonment.

9. On or about April 14, 2014, the Laredo Police Department in Laredo, TX arrested and charged Munguia Martinez with Aggravated Assault with a Deadly Weapon.

9. On or about July 30, 2014, ERO Laredo encountered and arrested Munguia Martinez at the Webb County Jail in Laredo, TX and determined he had illegally reentered the U.S. without inspection. Agents served him an I-871 Notice Indicating Intent to Reinstate the Prior Order of Removal pursuant to INA section 241(a)(5).

10. On or about July 30, 2014, ICE/ERO removed Munguia Martinez to Mexico via Laredo, TX.

11. On or about September 18, 2024, the Delaware County Sheriff's Office in Delaware, OH arrested and charged Munguia Martinez with Tampering with Evidence.

13. On or about March 17, 2025, the Delaware Court of Common Pleas in Delaware, OH convicted Munguia Martinez of Attempted Tampering with Evidence and sentenced him to 189 days of imprisonment with 189 day credit for time served.

12. On October 16, 2024, Munguia Martinez was encountered by ICE officers at the Delaware County Jail in Delaware, OH. It was determined after a verification of records and fingerprints that Munguia Martinez had previously been ordered removed from the United States and that he is subject to prosecution for illegal re-entry, having been found in the United States after being barred from reentering at any time following his most recent removal in 2014.

13. Your affiant uses the above facts to establish probable cause that Munguia Martinez is an alien, was found in the Southern District of Ohio, after having been removed from the United States on or about the above dates, at or near the above locations, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Eric Merriman
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 15th day of April, 2025.

Chelsey M. Vascura
United States Magistrate Judge